# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Krause, Cheryl A. | United States Court of Appeals for the Third Circuit | 5/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Court of Appeals Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law | University of Pennsylvania Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/31/2012 | Dechert LLP Partnership Agreement - Final distribution of 2014 Dechert LLP income made in 2015; withheld capital continued to be disbursed in part in 2016 |
| 2. 06/2015 | University of Pennsylvania Law School - fall semester 2015 teaching stipend was disbursed in 2016 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/29/2016 | University of Pennsylvania Law School - teaching stipend for fall semester 2015 | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed consultant - GMECI LLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 03/28/2016-03/29/2016 | Cambridge, MA | Women in the Judiciary Panel | Transportation, meals, hotel |
| 2. | American Law Institute | 05/16/2016-05/20/2016 | Washington, DC | Annual Meeting | Transportation, meals, hotel |
| 3. | Chicago Law School | 09/26/2016-09/27/2016 | Chicago, IL | Levi Distinguished Visiting Jurist Lecture | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo (formerly Bank of America mortgage; refinanced with Wells Fargo in 2016) | Mortgage on Rental Property #1, Philadelphia, PA (Part VII, line 4) | M |
| 2. | Ditech | Mortgage on Rental Property #2, Absecon, NJ (Part VII, line 5) | M |
| 3. | Ditech | Mortgage on Rental Property #3, New York, NY (Part VII, line 6) | M |
| 4. | Wells Fargo | Mortgage on Rental Property #4, Ventnor City, NJ (Part VII, line 7) | M |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Accounts | A | Interest | M | T | | | | | |
| 2. Wells Fargo Money Market Accounts | A | Interest | N | T | | | | | |
| 3. Dechert LLP Salary Savings Plan (Russell 2035 Target Date Fund) | | None | M | T | | | | | |
| 4. Rental Property #1, Philadelphia PA (2002, $85,000) | E | Rent | L | R | | | | | |
| 5. Rental Property #2, Absecon, NJ (2003, $184,500) | D | Rent | M | R | | | | | |
| 6. Rental Property #3, New York, NY (2003, $205,000) | E | Rent | M | R | | | | | |
| 7. Rental Property #4, Ventor, NJ (2007, $240,000) | D | Rent | M | R | | | | | |
| 8. Bank of America Account | | None | K | T | | | | | |
| 9. Russell 2035 Target Date Fund (f/k/a Russell Global Balance Fund) | | None | M | T | | | | | |
| 10. AMARIN CORP | | None | J | T | | | | | |
| 11. AMERICAN AIRLINES | | None | | | Buy | 05/11/16 | K | | |
| 12. | | | | | Sold | 07/13/16 | K | B | |
| 13. APPLE INC | A | Dividend | K | T | | | | | |
| 14. ARENA PHARMACEUTICALS | | None | J | T | | | | | |
| 15. BANCO SANTANDER | A | Dividend | K | T | Buy | 04/26/16 | K | | |
| 16. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 17. | | | | | Buy (add'l) | 06/06/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANK OF AMERICA | A | Dividend | | | Buy | 02/26/16 | K | | |
| 19. | | | | | Sold | 03/21/16 | K | B | |
| 20. BARRICK GOLD CORP | A | Dividend | | | Sold (part) | 01/07/16 | J | C | |
| 21. | | | | | Sold | 04/11/16 | K | A | |
| 22. CSX CORP | | None | | | Buy | 03/03/16 | K | | |
| 23. | | | | | Sold | 03/30/16 | L | C | |
| 24. DUPONT | A | Dividend | | | Sold | 02/09/16 | J | C | |
| 25. FIDELITY MMKT PREMIUM | A | Dividend | K | T | | | | | |
| 26. FIREYE INC | | None | L | T | Buy | 07/05/16 | L | | |
| 27. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 28. | | | | | Buy (add'l) | 07/18/16 | K | | |
| 29. FITBIT | | None | K | T | Buy | 01/06/16 | J | | |
| 30. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 31. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 32. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 33. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 34. | | | | | Buy (add'l) | 03/10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 36. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 37. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 38. FREEPORT MCMORAN | | None | | | Sold (part) | 03/04/16 | J | B | |
| 39. | | | | | Sold (part) | 03/07/16 | J | B | |
| 40. | | | | | Sold (part) | 03/17/16 | K | C | |
| 41. | | | | | Sold | 04/20/16 | K | A | |
| 42. FURMANITE CORP | | None | | | Sold | 02/29/16 | J | B | |
| 43. GLAXOSMITHKLINE PLC | B | Dividend | K | T | | | | | |
| 44. GSE SYSTEMS INC. | | None | J | T | | | | | |
| 45. HUNTSMAN | A | Dividend | | | Sold (part) | 04/14/16 | L | D | |
| 46. | | | | | Sold | 12/12/16 | J | A | |
| 47. HIGHLAND PYXIS L/S HEALTHCARE FUND | | None | | | Sold (part) | 04/05/16 | J | A | |
| 48. | | | | | Sold (part) | 04/15/16 | J | C | |
| 49. | | | | | Sold | 04/26/16 | J | B | |
| 50. IVA WORLDWIDE - A | | None | | | Sold (part) | 03/10/16 | J | A | |
| 51. | | | | | Sold (part) | 03/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 04/05/16 | J | A | |
| 53. IVA WORLDWIDE - C | | None | | | Sold (part) | 04/21/16 | J | A | |
| 54. | | | | | Sold (part) | 04/26/16 | J | A | |
| 55. | | | | | Sold (part) | 05/02/16 | J | A | |
| 56. | | | | | Sold | 05/04/16 | J | A | |
| 57. IVA WORLDWIDE - I | A | Dividend | M | T | Sold (part) | 12/15/16 | J | A | |
| 58. KINDER MORGAN INC. | A | Dividend | | | Sold | 07/21/16 | K | A | |
| 59. KKR & COMPANY PLC | | None | K | T | Buy | 02/05/16 | J | | |
| 60. LINKED IN | | None | | | Buy | 04/25/16 | K | | |
| 61. | | | | | Buy (add'l) | 04/29/16 | K | | |
| 62. | | | | | Sold | 05/17/16 | L | C | |
| 63. LUMBER LIQUIDATORS | | None | | | Buy (add'l) | 02/17/16 | J | | |
| 64. | | | | | Sold | 03/08/16 | K | A | |
| 65. MICRON TECHNOLOGY INC. | | None | | | Buy (add'l) | 02/01/16 | K | | |
| 66. | | | | | Sold | 03/29/16 | K | A | |
| 67. MODSYS INTERNATIONAL | | None | J | T | | | | | |
| 68. MONSANTO CO | A | Dividend | L | T | Buy | 05/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/26/16 | K | | |
| 70. | | | | | Buy (add'l) | 07/19/16 | K | | |
| 71. | | | | | Buy (add'l) | 08/25/16 | K | | |
| 72. MYLAN NV | | None | | | Buy (add'l) | 03/09/16 | K | | |
| 73. | | | | | Buy (add'l) | 03/10/16 | K | | |
| 74. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 75. | | | | | Sold (part) | 07/19/16 | K | A | |
| 76. | | | | | Sold (part) | 08/04/16 | K | C | |
| 77. | | | | | Sold | 08/10/16 | L | A | |
| 78. NABORS INDUSTRIES | | None | | | Buy | 05/09/16 | J | | |
| 79. | | | | | Sold | 06/06/16 | J | A | |
| 80. Franklin Mutual Global Discovery 529 Portfolio aka NJ Better EDL Trust | | None | K | T | Buy (add'l) | 06/27/16 | J | | |
| 81. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 82. POWERSECURE INT'L | | None | | | Sold | 03/17/16 | K | E | |
| 83. QUALCOM | | None | | | Sold | 02/26/16 | K | B | |
| 84. RAYONIER ADVANCED | A | Dividend | L | T | Buy | 04/05/16 | J | | |
| 85. | | | | | Sold | 05/04/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 08/04/16 | K | | |
| 87. RETRACTABLE TECH INC. | | None | J | T | | | | | |
| 88. RYDEX INVERSE GOVT L/B - C | | None | | | Sold (part) | 05/04/16 | J | A | |
| 89. | | | | | Sold (part) | 05/06/16 | J | A | |
| 90. | | | | | Sold (part) | 05/09/16 | J | A | |
| 91. | | | | | Sold | 05/11/16 | J | A | |
| 92. SEADRILL LTD | | None | J | T | Buy | 05/06/16 | J | | |
| 93. SONIC FOUNDRY INC. | | None | J | T | | | | | |
| 94. SYNERGY PHARMA | | None | K | T | Buy | 08/16/16 | J | | |
| 95. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 96. TEAM INC | | None | K | T | Spinoff (from line 42) | 02/29/16 | J | | |
| 97. TEVA PHARMA | A | Dividend | K | T | Buy | 03/22/16 | K | | |
| 98. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 99. TSAKOS ENERGY NAVIGATION | A | Dividend | K | T | Buy | 05/04/16 | J | | |
| 100. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 101. TWITTER | | None | | | Buy | 01/06/16 | K | | |
| 102. | | | | | Buy (add'l) | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/16/16 | K | | |
| 104. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 105. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 106. | | | | | Buy | 03/17/16 | J | | |
| 107. | | | | | Sold (part) | 07/11/16 | J | B | |
| 108. | | | | | Sold (part) | 09/27/16 | K | D | |
| 109. | | | | | Sold | 10/14/16 | K | A | |
| 110. US STEEL CORP | A | Dividend | | | Sold (part) | 03/03/16 | J | D | |
| 111. | | | | | Sold (part) | 03/04/16 | K | C | |
| 112. | | | | | Sold | 03/14/16 | J | A | |
| 113. UNIVERSAL HEALTH RLTY | | None | | | Sold | 03/10/16 | J | | |
| 114. VALEANT PHARMA | | None | K | T | Buy | 04/06/16 | K | | |
| 115. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 116. | | | | | Buy (add'l) | 04/15/16 | K | | |
| 117. | | | | | Buy (add'l) | 04/18/16 | K | | |
| 118. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 119. | | | | | Sold (part) | 08/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  WISDOM TREE L/C ETF | A | Dividend | | | Buy | 01/20/16 | L | | |
| 121. | | | | | Sold | 02/17/16 | L | C | |
| 122.  YAHOO INC. | | None | | | Buy | 03/28/16 | K | | |
| 123. | | | | | Buy (add'l) | 03/29/16 | K | | |
| 124. | | | | | Sold | 04/06/16 | M | D | |
| 125.  Cross Road Systems, Inc. | | None | J | T | | | | | |
| 126.  inc. Networks LLC | | None | K | W | | | | | |
| 127.  MIT 4G LLC | | None | K | W | | | | | |
| 128.  Airspace Systems, Inc. a/k/a Defense Labs, Inc. | | None | L | W | Buy | 03/15/16 | M | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 118-"Universal Health Rlty" was inadvertently listed as "Universal Healthcare" in the 2015 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Krause**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544